

# Court of Appeals
# Sixth Appellate District of Texas

## J U D G M E N T

| | |
|---|---|
| Montgomery Pike Burkhart, Sr., Appellant | Appeal from the 6th District Court of Lamar County, Texas (Tr. Ct. No. 91087). |
| No. 06-23-00002-CV      v. | Memorandum Opinion delivered by Chief Justice Stevens, Justice van Cleef and |
| SS Family Limited Partnership and The Smart Wagon Corporation, Appellees | Justice Rambin participating. |

As stated in the Court's opinion of this date, we find that the motion of the appellant to dismiss the appeal should be granted. Therefore, we dismiss the appeal.

We further order that the appellant, Montgomery Pike Burkhart, Sr., pay all costs incurred by reason of this appeal.

RENDERED JANUARY 31, 2023
BY ORDER OF THE COURT
SCOTT E. STEVENS
CHIEF JUSTICE

ATTEST:
Debra K. Autrey, Clerk